UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00592-FDW

| | |
|---|---|
| PROVIDENCE REAL ESTATE VENTURE, LLC, <br><br> Plaintiff <br><br> vs. <br><br> GCC-CHASE, LLC; GCC-COURTYARD, LLC; GCC-LANDINGS, LLC; GREAT CIRCLE CAPITAL, LLC; CHRISTOPHER NEEDHAM; GEORGE W. COURLAS; JAMES M. THORBURN; GCC-SHARON RIDGE, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* upon review of the order by the United States Bankruptcy Court, "Order Recommending Withdrawal of the Reference." (Doc. No. 1)[1] This Court, having examined the order, ADOPTS and APPROVES the findings and recommendations set forth therein. Consequently, this Court:

WITHDRAWS the reference of the adversary proceeding for the limited purpose of ordering a global mediation between the parties to this case and the adversary proceeding;

DIRECTS a global mediation between the Parties, the GCC Debtors, and Fannie Mae, which shall be completed within 60 days of the date of this order, and a joint status report be submitted to this Court **no later than September 30, 2016**;

---

[1] Related Bankruptcy Court case number 16-3271 (Doc. No. 46), "[w]hile this adversary proceeding is associated with case no. 15-31901, it involves four related debtors: GCC-Chase, LLC, case no. 15-31901; GCC-Courtyard, LLC, case no. 15-31902; GCC-Landings, LLC, case no. 15-31903; and GCC-Sharon Ridge, LLC, case no. 15-31904. (Hereinafter "GCC Debtors").

1

STAYS all matters pending in the adversary proceeding and this case pending the conclusion of the global mediation;

The Clerk of the Court is directed to transmit this order to the Clerk of the Bankruptcy Court.

SO ORDERED.

Signed: August 2, 2016

Frank D. Whitney
Chief United States District Judge